IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF OKLAHOMA

**FILED**

**FEB 17 2004**

DENNIS, CLERK
U.S. DIST. COURT WESTERN DIST. OF OKLA.
BY _____ DEPUTY

| | |
|---|---|
| In Re Pre-Paid Legal Services, Inc. ) <br> Litigation II ) <br> ) <br> ) | Master Docket CIV-02-273-C |

---

### OPPOSITION OF DEFENDANTS PRE-PAID LEGAL SERVICES, INC., HARLAND C. STONECIPHER AND WILBURN L. SMITH TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND INCORPORATED MEMORANDUM OF LAW IN SUPPORT THEREOF

---

Robert V. Varian
Stephen M. Knaster
Sherry Hartel Haus
CLIFFORD CHANCE US LLP
One Market, Steuart Tower
San Francisco, California 94105
Tel: (415) 778-4700
Fax: (415) 778-4701

and

Brooke S. Murphy
CROWE & DUNLEVY
20 North Broadway
Suite 1800
Oklahoma City, Oklahoma 73102-8273
Tel: (405) 235-7735
Fax: (405) 272-5278

ATTORNEYS FOR DEFENDANTS
PRE-PAID LEGAL SERVICES, INC.,
HARLAND C. STONECIPHER AND
WILBURN L. SMITH

February 17, 2004

Page(s)

# **TABLE OF CONTENTS**

TABLE OF CONTENTS ..................................................................................................... i

TABLE OF AUTHORITES ................................................................................................ iii

INTRODUCTION AND OVERVIEW OF ARGUMENT .................................................... 1

SUMMARY OF KEY FACTS REGARDING CLASS CERTIFCATION ........................... 7

    I.    VARIATIONS IN THE FORM, CONTENT AND CHANNELS OF RECRUITING COMMUNICAITONS. .................................................... 7

    II.    VARIATIONS IN ASSOCIATE CHARACTERISTICS, GOALS, STRATEGIES AND EFFORTS ................................................................. 13

    III.    VARIATIONS PERTAINING TO PRE-PAID'S ASSOCIATE AGREEMENT, MARKETING AND COMPENSATION PLAN AND OTHER MATERIALS ................................................................................... 16

ARGUMENT ........................................................................................................................ 18

    I.    A CLASS CANNONT BE CERTIFED MERELY BECAUSE THE COMPLAINT ALLEGES PYRAMID-SCHEME/SECURITES CLAIMS ........................................................................................................... 18

    II.    PLAINIIFFS CANNOT DEMONSTRATE REPRESENTATIONS, MATERIALITY, RELIANCE OR CAUSEATION ON A CLASSWIDE BASIS ................................................................................................................. 20

    III.    PLAINTIFFS CANNOT ESTABLISH THE FACT OR AMOUNT OF DAMAGES ON A CLASSWIDE BASIS ................................................. 25

    IV.    THE COURT CANNOT DETERMINE WHETHER THE "OPPORTUNITY" IS A SECURITY, OR PRE-PAID IS A PYRAMID SCHEME, ON A CLASSWIDE BASIS ................................ 30

    V.    CONFLICTS WITHIN THE CLASS BAR CERTIFCATION ...................... 32

        A.    Class Certification Is Precluded Because Many Class Members Have Benefited From The Same Conduct Alleged Harmful By Other Putative Class Members ............................................................ 33

        B.    Many Members Of The Proposed Class Would Be Harmed By The Prosecution Of This Action .......................................................... 34

**Page(s)**

    C.    If Plaintiffs' Allegations Are Well-Founded Prosecution Of This Lawsuit Would Create Legal And Regulatory Exposure For Absent Class Members ...................................................................................................35

VI.    CERTIFICATION OF A CLASS WOULD UNFAIRLY PERMIT PLAINTIFFS TO CONSTRUCT A "COMPOSITE CASE" IN VIOLATION OF RULE 23 ..............................................................................................36

VII.    PLAINTIFFS CANNOT DEMONSTRATE THAT A CLASS ACTION IS SUPERIOR TO OTHER METHODS ................................................37

CONCLUSION ...........................................................................................................................38

Page(s)

# TABLE OF AUTHORITIES

## CASES

*Aamco Automatic Transmissions, Inc. v. Tayloe and Paro,*
   67 F.R.D. 440 (E.D.Pa. 1975) ................................................................................35, 36

*Abrams v. Interco Inc.,*
   719 F.2d 23 (2d Cir. 1983) ..............................................................................................29

*Adamson v. Bowen,*
   855 F.2d 668 (10th Cir. 1988) ................................................................................... 29-30

*Allison v. Citgo Petroleum Corp.,*
   151 F.3d 402 (5th Cir. 1998) ..........................................................................................30

*Amchem Products, Inc. v. Windsor,*
   521 U.S. 591 (1997) .......................................................................................................35

*Augustin v. Jablonsky,*
   2001 WL 770839 (E.D.N.Y. Mar. 8, 2001) ...................................................................21

*Bieneman v. City of Chicago,*
   864 F.2d 463 (7th Cir. 1988) ..........................................................................................34

*Boughton v. Cotter Corp.,*
   65 F.3d 823 (10th Cir. 1995) ..........................................................................................29

*Bresson v. Thomson McKinnon Sec., Inc.,*
   118 F.R.D. 339 (S.D. N.Y. 1988) ..................................................................................19

*Broussard v. Meineke Discount Muffler Shops, Inc.,*
   155 F.3d 331 (4th Cir. 1998) ....................................................................21, 22, 29, 35, 36

*Burton v. Bush,*
   614 F.2d 389 (4th Cir. 1980) ..........................................................................................38

*Champ v. Siegel Trading Co.,*
   55 F.3d 269 (7th Cir. 1995) ............................................................................................38

*Chateau deVille Productions, Inc. v. Tams-Witmark Music Library, Inc.,*
   586 F.2d 962 (2d Cir. 1978) ...........................................................................................35

*Clay v. American Tobacco Co.,*
   188 F.R.D. 483 (S.D. Ill. 1999) .....................................................................................21

*Coe v. National Safety Associates, Inc.,*
   137 F.R.D. 252 (N.D. Ill. 1991) .............................................................................. *passim*

Page(s)

*Cohn v. Massachusetts Mutual Life Ins. Co.*,
    189 F.R.D. 209 (D. Conn. 1999)...........................................................................25

*Converse v. Ameritech Corp.*,
    179 F.R.D. 533 (W.D. Mich 1997) ...................................................................22, 24

*Coopers & Lybrand v. Livesay*,
    437 U.S. 463 (1978)..............................................................................................27

*Craftmatic Sec. Litig. v. Kraftsow*,
    890 F.2d 628 (3d Cir. 1990) .................................................................................36

*Davis v. Avco Corp.*,
    371 F.Supp. 782 (N.D. Ohio 1974) ......................................................................19

*State ex rel. Day v. Southwest Mineral Energy, Inc.*,
    617 P.2d 1334 (Okla. 1986) .................................................................................20

*Finstad v. Washburn Univ. of Topeka*,
    845 P.2d 685 (Kan. 1993).....................................................................................20

*Free World Foreign Cars, Inc. v. Alfa Romeo*,
    55 F.R.D. 26 (S.D.N.Y. 1972) ........................................................................35, 36

*French Energy, Inc. v. Alexander*,
    1991 OK 106, 818 P.2d 1234........................................................................... 20-21

*Gelman v. Westinghouse Electric Corp.*,
    73 F.R.D. 60 (W.D. Pa. 1976) ..............................................................................23

*General Tel. Co. v. EEOC*,
    446 U.S. 318 (1980)..............................................................................................35

*General Tel. Co. v. Falcon*,
    457 U.S. 147 (1982)..............................................................................................27

*Gibbs Properties Corp. v. Cigna Corp.*,
    196 F.R.D. 430 (M.D. Fla. 2000).........................................................................23

*Gilmer v. Interstate/Johnson Line Corp.*,
    500 U.S. 20 (1991) ...............................................................................................38

*Grainger v. State Sec. Life Ins. Co.*,
    547 F.2d 303 (5th Cir. 1977) ................................................................................21

*Harding v. Tambrands, Inc.*,
    165 F.R.D. 623 (D. Kan. 1996) ............................................................................29

Page(s)

*Heartland Communications, Inc. v. Sprint Corp.*,
   161 F.R.D. 111 (D. Kan. 1995) ..................................................................................29

*Hutson v. Rexall Sundown, Inc.*,
   837 S.2d 1090 (Fla. Ct. App. 2003) ............................................................................21

*Jim Moore Ins. Agency v. State Farm Mut. Auto. Ins. Co.*,
   2003 WL 21146714 (S.D. Fla. May 6, 2003) ..............................................................36

*Johnson v. West Suburban Bank*,
   225 F.3d 366 (3d Cir. 2000)..........................................................................................38

*Johnston v. HBO Film Management*,
   265 F.3d 178 (3d Cir. 2001).........................................................................................25

*Kamean v. Local 363*,
   109 F.R.D. 391 (S.D.N.Y. 1986) ................................................................................35

*La Fata v. Raytheon Co.*,
   207 F.R.D. 35 (E.D. Pa 2002)..............................................................................29, 37

*Lapkin v. Garland Bloodworth, Inc.*,
   2001 OK CIV APP 29, 23 P.3d 958 ..........................................................................20

*Lewis Tree Service v. Lucent Technologies*,
   211 F.R.D. 228 (S.D.N.Y. 2002) ..........................................................................21, 24

*Lichoff v. CSX Transp.*,
   218 F.R.D. 564 (N.D. Ohio 2003) .............................................................................24

*In re Life USA Holding Inc.*,
   242 F.3d 136 (3d Cir. 2001).................................................................................23, 37

*Livingston v. Associates Finance, Inc.*,
   339 F.3d 553 (7th Cir. 2003) .....................................................................................38

*Lott v. Westinghouse Savannah River Co., Inc.*,
   200 F.R.D. 539 (D. S.C. 2000) ..................................................................................36

*Marshall v. Holiday Magic, Inc.*,
   550 F.2d 1173 (9th Cir. 1977) .....................................................................................19

*Meyer v. Dans un Jardin, S.A.*,
   816 F.2d 533 (10th Cir. 1987) ...................................................................................30

*Meyers v. Southwestern Bell Tel. Co.*,
   181 F.R.D. 499 (W.D. Okla. 1997)..................................................................... *passim*

Page(s)

*Moore v. PaineWebber,*
  306 F.3d 1247 (2d Cir. 2002) ................................................................................21

*Morris v. McCaddin,*
  553 F.2d 866 (4th Cir. 1977) ................................................................................34

*In re MTBE Prod. Liab. Litig.,*
  209 F.R.D. 323 (S.D.N.Y. 2002) .........................................................................30

*Newton v. Merrill Lynch, Pierce, Fenner & Smith,*
  259 F.3d 154 (3d Cir. 2001) ............................................................... 27, 28, 29, 37

*O'Connor v. Boeing North American, Inc.,*
  197 F.R.D. 404 (C.D.Cal. 2000) ..........................................................................36

*Patterson v. Beall,*
  2000 OK 92, 19 P.3d 839 .....................................................................................20

*Phillips v. Klassen,*
  502 F.2d 362 (D.C. Cir. 1974) .............................................................................34

*Pick v. Discover Financial Services, Inc.,*
  2001 WL 1180278 (D. Del. Sept. 28, 2001) ........................................................38

*Pickett v. Iowa Beef Processors,*
  209 F.3d 1276 (11th Cir. 2000) ...........................................................................34

*Pinter v. Dahl,*
  486 U.S. 622 (1988) .............................................................................................36

*Randolph v. Green Tree Financial Corp.,*
  244 F.3d 814 (11th Cir. 2001) .............................................................................38

*Reed v. Bowen,*
  849 F.2d 1307 (10th Cir. 1988) ..................................................................... 1, 18, 37

*Rex v. Owens,*
  585 F.2d 432 (10th Cir. 1978) ......................................................................... 1, 20

*Rich v. Martin Marietta Corp.,*
  522 F.2d 333 (10th Cir. 1975) ...............................................................................29

*Rosen v. Fidelity Fixed Income Trust,*
  169 F.R.D. 295 (E.D. Pa. 1995) ............................................................... 20, 23, 24

*Rowe v. Morgan Stanley Dean Witter,*
  191 F.R.D. 398 (D.N.J. 1999) ..............................................................................25

Page(s)

*S.E.C. v. W.J. Howey Co.*,
   328 U.S. 293 (1946) ...................................................................................................... 30

*Sikes v. Teleline, Inc.*,
   281 F.3d 1350 (11th Cir. 2002) ..................................................................................... 29

*Smart Professional Photocopy Corp. v. Childers-Sims*,
   850 So.2d 1245 (Ala. 2002) ........................................................................................... 21

*Southern Snack Foods v. J&J Snack Foods Corp.*,
   79 F.R.D. 678 (D. N.J. 1978) ......................................................................................... 35

*Sprague v. General Motors Corp.*,
   133 F.3d 388 (6th Cir. 1998) ......................................................................................... 24

*Teamsters v. Daniel*,
   439 U.S. 551 (1979) ...................................................................................................... 30

*Thompson v. T.F.I Companies*,
   64 F.R.D. 140 (N.D. Ill. 1974) ................................................................................. 35, 36

*Tibbetts v. Sight and Sound Appliance Centers, Inc.*,
   2003 OK 72, 77 P.3d 1042 ............................................................................................ 20

*In re Tri-State Crematory Litig.*,
   215 F.R.D. 660 (N.D. Ga. 2003) .................................................................................... 25

*Valley Drug Co. v. Geneva Pharmaceuticals*,
   350 F.3d 1181 (11th Cir. 2003) ..................................................................................... 34

*Walco Inv., Inc. v. Theren*,
   168 F.R.D. 315 (S.D. Fla. 1996) .................................................................................... 19

*Walls v. American Tobacco Co.*,
   2000 OK 66, 11 P.3d 626 .............................................................................................. 20

*Weinberg v. Sun Co.*,
   777 A.2d 442 (Pa. 2001) ................................................................................................ 20

*Weisfeld v. Sun Chemical Corp.*,
   210 F.R.D. 136 (D. N.J. 2002) ....................................................................................... 37

*Wilcox v. Commerce Bank*,
   474 F.2d 336 (10th Cir. 1973) ....................................................................................... 37

*Windham v. American Brands, Inc.*,
   565 F.2d 59 (4th Cir. 1977) ........................................................................................... 38

Page(s)

*S.E.C. v. W.J. Howey Co.*,
   328 U.S. 293 (1946) ...................................................................................................... 30

*Sikes v. Teleline, Inc.*,
   281 F.3d 1350 (11th Cir. 2002) ..................................................................................... 29

*Smart Professional Photocopy Corp. v. Childers-Sims*,
   850 So.2d 1245 (Ala. 2002) ........................................................................................... 21

*Southern Snack Foods v. J&J Snack Foods Corp.*,
   79 F.R.D. 678 (D. N.J. 1978) ......................................................................................... 35

*Sprague v. General Motors Corp.*,
   133 F.3d 388 (6th Cir. 1998) ......................................................................................... 24

*Teamsters v. Daniel*,
   439 U.S. 551 (1979) ...................................................................................................... 30

*Thompson v. T.F.I Companies*,
   64 F.R.D. 140 (N.D. Ill. 1974) ................................................................................. 35, 36

*Tibbetts v. Sight and Sound Appliance Centers, Inc.*,
   2003 OK 72, 77 P.3d 1042 ............................................................................................ 20

*In re Tri-State Crematory Litig.*,
   215 F.R.D. 660 (N.D. Ga. 2003) .................................................................................... 25

*Valley Drug Co. v. Geneva Pharmaceuticals*,
   350 F.3d 1181 (11th Cir. 2003) ..................................................................................... 34

*Walco Inv., Inc. v. Theren*,
   168 F.R.D. 315 (S.D. Fla. 1996) .................................................................................... 19

*Walls v. American Tobacco Co.*,
   2000 OK 66, 11 P.3d 626 .............................................................................................. 20

*Weinberg v. Sun Co.*,
   777 A.2d 442 (Pa. 2001) ................................................................................................ 20

*Weisfeld v. Sun Chemical Corp.*,
   210 F.R.D. 136 (D. N.J. 2002) ....................................................................................... 37

*Wilcox v. Commerce Bank*,
   474 F.2d 336 (10th Cir. 1973) ....................................................................................... 37

*Windham v. American Brands, Inc.*,
   565 F.2d 59 (4th Cir. 1977) ........................................................................................... 38

**Page(s)**

*Zapata v. IBP, Inc.*,
   167 F.R.D. 147 (D. Kan. 1996).................................................................................28, 37

## STATUTES AND RULES

Securities Act of 1933, § 12(a)(1) ................................................................................5, 6, 25

28 U.S.C. §2072(b) ..............................................................................................................37

Fed.R.Civ.P. 23 .......................................................................................................................6

Fed.R.Civ.P. 23(a) ................................................................................................................24

Fed.R.Civ.P. 23(a)(2) ...........................................................................................................21

Fed.R.Civ.P. 23(b)(2) ...........................................................................................................30

Fed.R.Civ.P. 23(b)(3) .....................................................................................................24, 37

Fed.R.Civ.P. 23(c)(2) ...........................................................................................................36

71 O.S. §101 .........................................................................................................................20

71 O.S. §§ 819, 822 ..............................................................................................................20

## OTHER AUTHORITIES

7B WRIGHT, MILLER & KANE, §1785 (West Supp. 2000).................................................27